KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:    (984) 242-1787
Facsimile:     (919) 741-5840

Attorneys for Defendants
WELLPATH LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, WELLPATH LLC, MONIVIRIN SON, TRACEE BOWLIN, and DOES 1-10, inclusive,<br><br>Defendants. | 2:25-cv-03613-JAM-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND TRACEE BOWLIN TO FILE RESPONSE TO COMPLAINT** |

Plaintiff Alvina Nava, and Defendants Wellpath LLC, Tracee Bowlin, and Monivirin Son, by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1.    Plaintiff's Complaint for Damages ("Complaint") was filed on December 14, 2025.

2.    Service of process was perfected on Defendant Wellpath, LLC on January 16, 2026. The current deadline for Defendant Wellpath, LLC to respond to Plaintiff's Complaint is February 6, 2026.

3.    Service of process was perfected on Defendant Tracee Bowlin on January 20, 2026. The current deadline for Defendant Tracee Bowlin to respond to Plaintiff's Complaint is February 9, 2026.

-1-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

4. On February 6, 2026, counsel for Plaintiff and Defendants conferred regarding a stipulation granting Defendants Wellpath LLC and Tracee Bowlin an extension of time to respond to the Complaint through March 30, 2026.

5. The parties hereby stipulate and agree that Defendants Wellpath LLC and Tracee Bowlin's deadline to file their response to the Complaint is extended to and including March 30, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: February 9, 2026    GORDON REES SCULLY MANSUKHANI, LLP


By: /s/ *Kendra N. Stark*
       Kendra N. Stark
       Attorneys for Defendants
       Wellpath, LLC, Monivirin Son, and Tracee Bowlin


Dated: February 6, 2026    GWILLIAM IVARY CHIOSSO CAVALLI & BREWER, APC

By: /s/ *Robert Schwartz*
       Robert Schwartz
       Attorney For Plaintiff Alvina Nava

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

## CERTIFICATE OF SERVICE

### *Alvina Nava v. County of Calaveras, et al.*
### 2:25-CV-03613-JAM-SCR

I hereby certify that on this 9th day of February, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eCourts filing system, which will send copies to all counsel of record.

By: */s/ Kendra N. Stark*
Kendra N. Stark

-3-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:    (984) 242-1787
Facsimile:    (919) 741-5840

Attorneys for Defendants
WELLPATH LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA, | ) 2:25-cv-03613-JAM-SCR |
| | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING STIPULATION TO** |
| | ) **EXTEND TIME FOR DEFENDANTS** |
| COUNTY OF CALAVERAS, | ) **WELLPATH, LLC AND TRACEE** |
| WELLPATH LLC, MONIVIRIN | ) **BOWLIN TO FILE RESPONSE TO** |
| SON, TRACEE BOWLIN, and | ) **COMPLAINT** |
| DOES 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

GOOD CAUSE APPEARING THEREFORE, and the Parties have stipulated to the same, the Parties' Stipulation to Extend Time for Defendants Wellpath, LLC and Tracee Bowlin to respond to Plaintiff's Complaint is **APPROVED**.

IT IS HEREBY ORDERED that Defendants Wellpath, LLC and Tracee Bowlin's deadline to file a response to Plaintiff's Complaint is **EXTENDED** to and through **March 30, 2026.**

Dated: February 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-4-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111