KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:     (984) 242-1787
Facsimile:      (919) 741-5840

Attorneys for Defendants
WELLPATH LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA, | ) 2:25-cv-03613-JAM-SCR |
| Plaintiff, | ) |
| v. | ) |
| COUNTY OF CALAVERAS, WELLPATH LLC, MONIVIRIN SON, TRACEE BOWLIN, and DOES 1-10, inclusive, | ) **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, MONIVIRIN SON, AND TRACEE BOWLIN TO FILE RESPONSE TO COMPLAINT** |
| Defendants. | ) |

Plaintiff Alvina Nava, and Defendants Wellpath LLC, Monivirin Son, and Tracee Bowlin ("Wellpath Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1.     Plaintiff's Complaint for Damages ("Complaint") was filed on December 14, 2025.

2.     The current deadline for Wellpath Defendants respond to Plaintiff's Complaint is March 30, 2026.

3.     On March 24, 2026, counsel for Wellpath Defendants sent Plaintiff's counsel a letter outlining in detail the grounds for their anticipated motion to dismiss. Plaintiff and Wellpath Defendants require additional time to continue their meet and confer regarding those grounds.

-1-

STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

4.    On March 30, 2026, counsel for Plaintiff and Wellpath Defendants conferred regarding a stipulation granting Wellpath Defendants an extension of time to respond to the Complaint through April 20, 2026.

5.    The parties hereby stipulate and agree that Wellpath Defendants' deadline to file their response to the Complaint is extended to and including April 20, 2026.

IT IS SO STIPULATED AND AGREED.


Dated: April 1, 2026                    GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Kendra N. Stark*
    Kendra N. Stark
    Attorneys for Defendants
    Wellpath, LLC, Monivirin Son, and Tracee Bowlin


Dated: March 30, 2026                    GWILLIAM IVARY CHIOSSO CAVALLI & BREWER, APC

By: */s/ Robert Schwartz*
    Robert Schwartz
    Attorney For Plaintiff Alvina Nava

STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

## CERTIFICATE OF SERVICE

***Alvina Nava v. County of Calaveras, et al.***
**2:25-CV-03613-JAM-SCR**

I hereby certify that on this 30th day of March, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eCourts filing system, which will send copies to all counsel of record.


By: /s/ *Kendra N. Stark*
Kendra N. Stark

-3-

STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO RESPOND TO
PLAINTIFF'S COMPLAINT

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the Parties having stipulated to the same, the Parties' Stipulation to Extend Time for Defendants Wellpath, LLC, Monivirin Son, and Tracee Bowlin to respond to Plaintiff's Complaint is **APPROVED**.

IT IS HEREBY ORDERED that Defendants Wellpath, LLC, Monivirin Son, and Tracee Bowlin's deadline to file a response to Plaintiff's Complaint is **EXTENDED** to and through **April 20, 2026**.

Dated: April 01, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-4-

STIPULATION AND ORDER TO EXTEND TIME FOR WELLPATH DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT