KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
D.J. EVANS (*pro hac vice)*
dbevans@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:    (984) 242-1787
Facsimile:    (919) 741-5840

Attorneys for Defendants
WELLPATH LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA, | ) 2:25-cv-03613-JAM-SCR |
| Plaintiff, | ) |
| v. | ) |
| | ) **STIPULATION TO EXTEND TIME FOR** |
| COUNTY OF CALAVERAS, | ) **DEFENDANTS WELLPATH, LLC, DR.** |
| WELLPATH LLC, MONIVIRIN | ) **MONIVIRIN SON, AND TRACEE** |
| SON, TRACEE BOWLIN, and | ) **BOWLIN TO FILE RESPONSE TO** |
| DOES 1-10, inclusive, | ) **COMPLAINT** |
| Defendants. | ) |

Plaintiff Alvina Nava, and Defendants Wellpath LLC, Monivirin Son, and Tracee Bowlin, by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1.    Plaintiff's Complaint for Damages ("Complaint") was filed on December 14, 2025.

2.    Service of process was perfected on Defendant Wellpath, LLC on January 16, 2026. The current deadline for Defendant Wellpath, LLC to respond to Plaintiff's Complaint is April 20, 2026.

3.    Service of process was perfected on Defendant Tracee Bowlin on January 20, 2026. The current deadline for Defendant Tracee Bowlin to respond to Plaintiff's Complaint is

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

April 20, 2026.

4.    Service of process was perfected on Defendant Monivirin Son on February 6, 2026. The current deadline for Defendant Monivirin Son to respond to Plaintiff's Complaint is April 20, 2026.

5.    The parties require additional time to meet and confer regarding the grounds of Defendants' anticipated motion to dismiss. Therefore, on April 16, 2026, counsel for Plaintiff and Defendants conferred regarding a stipulation granting Defendants Wellpath LLC, Monivirin Son, and Tracee Bowlin an extension of time to respond to the Complaint through April 27, 2026.

6.    The parties hereby stipulate and agree that Defendants Wellpath LLC, Monivirin Son, and Tracee Bowlin's deadline to file their response to the Complaint is extended to and including April 27, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: April 17, 2026                    GORDON REES SCULLY MANSUKHANI, LLP


By: /s/ Kendra N. Stark
    Kendra N. Stark
    Attorneys for Defendants
    Wellpath, LLC, Monivirin Son, and Tracee Bowlin


Dated: April 17, 2026                    GWILLIAM IVARY CHIOSSO CAVALLI & BREWER, APC

By: /s/ Robert Schwartz
    Robert Schwartz
    Attorney For Plaintiff Alvina Nava

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated:  April 17, 2026                    */s/ Kendra N. Stark*
                                           Kendra N. Stark

### CERTIFICATE OF SERVICE

*Alvina Nava v. County of Calaveras, et al.*
**2:25-CV-03613-JAM-SCR**

I hereby certify that on this 17th day of April, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eCourts filing system, which will send copies to all counsel of record.

By: */s/ Kendra N. Stark*
      Kendra N. Stark

-3-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
D.J. EVANS (*pro hac vice*)
dbevans@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:     (984) 242-1787
Facsimile:     (919) 741-5840

Attorneys for Defendants
WELLPATH LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, WELLPATH LLC, MONIVIRIN SON, TRACEE BOWLIN, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | 2:25-cv-03613-JAM-SCR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN TO FILE RESPONSE TO COMPLAINT** |

GOOD CAUSE APPEARING THEREFORE, and the Parties having stipulated to the same, the Parties' Stipulation to Extend Time for Defendants Wellpath, LLC, Dr. Monivirin Son, and Tracee Bowlin to respond to Plaintiff's Complaint is **APPROVED**.

IT IS HEREBY ORDERED that Defendants Wellpath, LLC, Dr. Monivirin Son, and Tracee Bowlin's deadline to file a response to Plaintiff's Complaint is **EXTENDED** to and through **April 27, 2026**.

Dated: April 20, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-4-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC, DR. MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111