Robert J. Schwartz, Esq. (State Bar No. 254778)
Rya M. Nelson, Esq. (State Bar No. 350827)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: rschwartz@giccb.com, rnelson@giccb.com

Attorneys for Plaintiff
ALVINA NAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS;<br>CALIFORNIA FORENSIC MEDICAL<br>GROUP, INC.; MONIVIRIN SON;<br>TRACEE BOWLIN; and DOES 1-10,<br>inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-03613-JAM-SCR<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

ATTORNEYS AT LAW

A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

STIPULATION AND ORDER                    1                    CASE NO. 2:25-CV-03613-JAM-SCR

WHEREAS on December 15, 2025, plaintiff Alvina Nava ("Plaintiff") filed the Complaint for Damages, asserting causes of action for (1) Violation of Civil Rights (42 U.S.C. § 1983), (2) Violation of California Government Code section 845.6, (3) Wrongful Death, and (4) Survival against defendants County of Calaveras, Wellpath LLC, Monivirin Son, and Tracee Bowlin ("Defendants").

WHEREAS defendant County of Calaveras filed Defendant Calaveras County's Answer to Plaintiff's Complaint for Damages and Demand for a Jury Trial on March 16, 2026.

WHEREAS, after meeting and conferring with counsel for defendant Wellpath LLC, Monivirin Son, and Tracee Bowlin, Plaintiff seeks to file her First Amended Complaint for Damages, which drops defendant Wellpath LLC and adds defendant California Forensic Medical Group, Inc., and clarifies that Plaintiff is decedent Benjamin Nava's successor in interest, which will also be addressed by a declaration filed pursuant to California Code of Civil Procedure section 377.32.

WHEREAS a copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as **Exhibit A**.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit A**.

2. Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATE: April 30, 2026                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

*/s/ Robert J. Schwartz*

Robert J. Schwartz
Attorneys for Plaintiff
ALVINA NAVA

DATE: April 30, 2026                    GORDON RESS SCULLY MANSUKHANI

                                        /s/ Kendra M. Stark

                                        Kendra M. Stark
                                        Attorneys for Defendants
                                        WELLPATH LLC, MONIVIRIN SON, AND
                                        TRACEE BOWLIN

DATE: April 30, 2026                    RIVERA HEWITT PAUL LLP

                                        /s/ Jonathan B. Paul

                                        Jonathan B. Paul
                                        Attorneys for Defendant
                                        CALAVERAS COUNTY

## **ORDER**

The parties having stipulated, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The parties' stipulation is **APPROVED**.

2. Plaintiff shall refile and serve the first amended complaint attached to the stipulation as "Exhibit A," **within five (5) days** of this Order.

3. Defendants shall file their responsive pleadings **within thirty (30) days** of the refiling of Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated: April 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER    4    CASE NO. 2:25-CV-03613-JAM-SCR