KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
DJ EVANS (PRO HAC VICE)
dbevans@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:    (984) 242-1787
Facsimile:    (919) 741-5840

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, AND TRACEE
BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALVINA NAVA, | ) | 2:25-cv-03613-JAM-SCR |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | **STIPULATION AND ORDER TO** |
| COUNTY OF CALAVERAS, CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, TRACEE BOWLIN, DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) | **EXTEND TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, AND TRACEE BOWLIN TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |
| Defendants. | ) | |

Plaintiff Alvina Nava, and Defendants California Forensic Medical Group, Tracee Bowlin, and Monivirin Son ("CFMG Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1.    Plaintiff's Complaint for Damages ("Complaint") was filed on December 14, 2025.

2.    On April 30, 2026, this Honorable Court granted Plaintiff leave to file their First Amended Complaint.

3.    Additionally, on April 30, 2026, Plaintiff did file their First Amended Complaint.

4.    The current deadline for the CFMG Defendants to answer or otherwise respond to

-1-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CFMG, MONIVIRIN SON, AND
TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

the First Amended Complaint is June 1, 2026.

5.      On June 1, 2026, counsel for Plaintiff and CFMG Defendants conferred regarding a stipulation granting CFMG Defendants a 14-day extension of time to respond to the First Amended Complaint, through June 16, 2026, to allow the parties additional time to meet and confer regarding the grounds for CFMG Defendants' anticipated motion to dismiss.

6.      The parties hereby stipulate and agree that CFMG Defendants deadline to file their response to the First Amended Complaint is extended to and including June 16, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: June 1, 2026                GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Kendra N. Stark*
          Kendra N. Stark
          Attorneys for Defendants
          California Forensic Medical Group,
          Monivirin Son, and Tracee Bowlin


Dated: June 1, 2026                GWILLIAM IVARY CHIOSSO CAVALLI & BREWER, APC

By: */s/ Robert Schwartz*
          Robert Schwartz
          Attorney For Plaintiff Alvina Nava

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CFMG, MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: June 1, 2026                              */s/ Kendra N. Stark*
                                                  Kendra N. Stark

**CERTIFICATE OF SERVICE**

***Alvina Nava v. County of Calaveras, et al.***
**2:25-CV-03613-JAM-SCR**

I hereby certify that on this 1st day of June, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eCourts filing system, which will send copies to all counsel of record.

By: */s/ Kendra N. Stark*
     Kendra N. Stark

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-3-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CFMG, MONIVIRIN SON, AND TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone:    (984) 242-1787
Facsimile:    (919) 741-5840

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, AND TRACEE
BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS, CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, TRACEE BOWLIN, DOES 1-10, inclusive,<br><br>        Defendants. | 2:25-cv-03613-JAM-SCR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR CALIFORNIA FORENSIC MEDICAL GROUP, MONIVIRIN SON, AND TRACEE BOWLIN TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |

GOOD CAUSE APPEARING THEREFORE, and the Parties having stipulated to the same, the Parties' Stipulation to Extend Time for CFMG Defendants to respond to Plaintiff's First Amended Complaint is APPROVED.

IT IS HEREBY ORDERED that Defendants California Forensic Medical Group, Monivirin Son, and Tracee Bowlin's deadline to file a response to Plaintiff's First Amended Complaint is **EXTENDED** to and through **June 16, 2026**.

Dated: June 03, 2026  _____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-4-

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CFMG, MONIVIRIN SON, AND
TRACEE BOWLIN TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111