Robert J. Schwartz, Esq. (State Bar No. 254778)
Rya M. Nelson, Esq. (State Bar No. 350827)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: rschwartz@giccb.com, rnelson@giccb.com

Attorneys for Plaintiff
ALVINA NAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS;<br>CALIFORNIA FORENSIC MEDICAL<br>GROUP, INC.; MONIVIRIN SON;<br>TRACEE BOWLIN; and DOES 1-10,<br>inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-03613-JAM-SCR<br><br>**STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR CFMG DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

---

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

WHEREAS defendants California Forensic Medical Group, Inc., Minivirin Son, and Tracee Bowlin (collectively, "CFMG") filed the Motion to Dismiss Plaintiff's First Amended Complaint on June 16, 2026;

WHEREAS, pursuant to Local Rule 230, plaintiff Alvina Nava's ("Plaintiff") opposition to the motion to dismiss was to be filed and served no later than June 30, 2026;

WHEREAS, on July 8, 2026, Plaintiff's counsel discovered that his former paralegal mis-calendared the deadline for Plaintiff's opposition to the motion to dismiss as July 14, 2026;

WHEREAS Plaintiff's counsel met and conferred with CFMG's counsel, who agreed to stipulate, pursuant to Local Rule 144(a), that Plaintiff's opposition to the motion to dismiss shall be filed and served no later than July 14, 2026, the reply shall be filed and served by July 27, 2026, and the hearing shall be on August 25, 2026, at 1:00 p.m. or a date convenient for the Court.

IT IS HEREBY STIPULATED, by and between Plaintiff and CFMG, by and through their respective counsel, that:

1. Plaintiff's opposition to CFMG's motion to dismiss shall be filed and served no later than July 14, 2026.

2. CFMG's reply shall be filed and served no later than July 27, 2026.

3. The hearing on CFMG's motion to dismiss shall be August 25, 2026, at 1:00 p.m. or a date convenient for the Court.

DATE: July 10, 2026                    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

                                       /s/ Robert J. Schwartz
                                       _____
                                       Robert J. Schwartz
                                       Attorneys for Plaintiff
                                       ALVINA NAVA

///

///

///

DATE: July 10, 2026        GORDON RESS SCULLY MANSUKHANI

/s/ Kendra M. Stark

Kendra M. Stark
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC
MONIVIRIN SON, AND TRACEE BOWLIN

## ORDER

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore:

1. Plaintiff Alvina Nava's **opposition** to defendants California Forensic Medical Group, Inc., Minivirin Son, and Tracee Bowlin's (collectively, "CFMG") Motion to Dismiss Plaintiff's First Amended Complaint shall be filed and served no later than **July 14, 2026.**

2. CFMG's **reply** shall be filed and served no later than **July 27, 2026**.

3. The hearing on CFMG's motion to dismiss is hereby **RESET** for **August 25, 2026, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: July 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE