Robert J. Schwartz, Esq. (State Bar No. 254778)
Rya M. Nelson, Esq. (State Bar No. 350827)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: rschwartz@giccb.com, rnelson@giccb.com

Attorneys for Plaintiff
ALVINA NAVA

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CALAVERAS; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; MONIVIRIN SON; TRACEE BOWLIN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03613-JAM-SCR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COUNTY OF CALAVERAS ONLY (ECF No. 36)** |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Alvina Nava ("Plaintiff"), defendant County of Calaveras ("Calaveras County"), and defendants California Forensic Medical Group, Inc., Monivirin Son, and Tracee Bowlin (collectively, "CFMG") hereby stipulate that this action is dismissed with prejudice by Plaintiff as to Calaveras County only. CFMG is not dismissed.

The parties further stipulate that as a condition of this dismissal, the Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement upon motion by any party, as provided by California Code of Civil Procedure section 664.6 and other applicable state and federal law.

DATE: July 27, 2026 GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

/s/ Robert J. Schwartz
Robert J. Schwartz
Attorneys for Plaintiff
ALVINA NAVA

DATE: July 27, 2026 HEWITT & PAUL LLP

/s/ Jonathan B. Paul
Jonathan B. Paul
Attorneys for Defendant
COUNTY OF CALAVERAS

DATE: July 27, 2026 GORDON REESS SCULLY MANSUKHANI

/s/ Kendra M. Stark
Kendra M. Stark
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., MONIVIRIN SON, AND TRACEE BOWLIN

**<u>ORDER OF DISMISSAL</u>**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), it is ordered that this action is **DISMISSED WITH PREJUDICE as to defendant County of Calaveras <u>only</u>**. As a condition of dismissal, and as provided by California Code of Civil Procedure section 664.6 and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: July 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE