# United States District Court
# Eastern District of California

| | |
|---|---|
| ALVINA NAVA,<br>Plaintiff(s)<br><br>V.<br><br>COUNTY OF CALAVERAS, et al.,<br>Defendant(s) | Case Number: 2:25-CV-03613-JAM-SCR<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Megan Reilly-Dreas hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

California Forensic Medical Group, Inc.; Dr. Monivirin Son; and Tracee Bowlin

On 04/06/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/01/2026 Signature of Applicant: /s/ Megan Reilly-Dreas

**Pro Hac Vice Attorney**

Applicant's Name: Megan Reilly-Dreas

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 150 Fayetteville St. #1120

City: Raleigh State: NC Zip: 27601

Phone Number w/Area Code: (919) 787-4555

City and State of Residence: Durham, NC

Primary E-mail Address: mreillydreas@grsm.com

Secondary E-mail Address: mgnrlly@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Aram Afsharian

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 315 Pacific Ave.

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 986-5900 Bar # 283692

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 13, 2026

JUDGE, U.S. DISTRICT COURT