KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
ARAM E. AFSHARIAN (SBN: 283692)
aafsharian@grsm.com
MEGAN REILLY-DREAS (PRO HAC VICE)
mreilly-dreas@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (919) 741-5840

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MONIVIRIN SON, AND TRACEE BOWLIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF CALAVERAS, WELLPATH LLC, MONIVIRIN SON, TRACEE BOWLIN,<br><br>Defendants. | 2:25-cv-03613-JAM-SCR<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND EXTENDING DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MONIVIRIN SON, AND TRACEE BOWLIN'S TIME TO RESPOND** |

Plaintiff ALVINA NAVA, and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MONIVIRIN SON, AND TRACEE BOWLIN ("CFMG Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. Plaintiff's Complaint for Damages was filed on December 15, 2025.

2. In order to perfect service of process on all medical defendants and for investigative reasons, the Parties stipulated to an extension of time for CFMG Defendants to answer or otherwise respond to Plaintiff's Complaint, and that extension was granted by this



Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Honorable Court on February 13, 2026.

3. The Parties again stipulated to extensions of time for CFMG Defendants to answer or otherwise respond to Plaintiff's Complaint on March 30, 2026, and again on April 21, 2026, to allow Plaintiff' time to file an Amended Complaint.

4. Plaintiff filed a First Amended Complaint on April 30, 2026.

5. The Parties again stipulated to an extension of time for CFMG Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint, extending the deadline to June 16, 2026.

6. That extension was granted by this Honorable Court on June 4, 2026.

7. In conformance with that June 4, 2026, Order, CFMG Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on June 16, 2026.

8. A hearing was held before Your Honor regarding CFMG Defendants' Motion to Dismiss on August 25, 2026, and Your Honor granted Plaintiff leave to file a Second Amended Complaint on or before September 25, 2026.

9. Plaintiff's Second Amended Complaint for Damages ("SAC") was filed on September 25, 2026, naming Xavier Nava, decedent Benjamin Nava's son, as a nominal defendant.

10. On October 21, 2026, Xavier Nava contacted Plaintiff's counsel. They spoke the following day for the first time. Mr. Nava wishes to become a plaintiff in the case. Plaintiff would like to file a Third Amended Complaint ("TAC") for Damages, with one revision: Mr. Nava becomes a plaintiff instead of a nominal defendant.

11. CFMG Defendants' current deadline to answer or otherwise to respond to the SAC is October 26, 2026.

12. On October 23, 2026, counsel for Plaintiff and CFMG Defendants conferred regarding CFMG Defendants' intent to file a Motion to Dismiss the SAC and Plaintiff's proposed TAC. The parties agreed (1) that Plaintiff be permitted to file the TAC adding Xavier Nava as a plaintiff on or before October 30, 2026, and (2) that CFMG Defendants' deadline to file

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

their answer or otherwise respond to the TAC is extended to and including November 13, 2026.

13. In light of the anticipated filing of the TAC, the Parties further agree that CFMG Defendants shall have no obligation to answer or otherwise respond to the SAC.

14. CFMG Defendants' agreement to the filing of the TAC, including the addition of Xavier Nava as a plaintiff, shall not constitute an admission or concession regarding the legal or factual sufficiency, timeliness, or viability of any claim asserted by Xavier Nava or any other plaintiff. CFMG Defendants' agreement is without prejudice to, and CFMG Defendants expressly reserve, all defenses, objections, and challenges to the TAC and the claims asserted therein, including by motion to dismiss, motion to strike, answer, or otherwise.

15. The Parties state that the stipulated extension is short in duration, will not prejudice any party, and is sought to facilitate compliance with the applicable prefiling requirements and allow the Parties to continue their efforts to resolve or narrow the issues to be presented to the Court, and not for purposes of delay.

IT IS SO STIPULATED AND AGREED.

Dated: October 23, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Aram E. Afsharian*
Kendra N. Stark
Aram E. Afsharian
Megan Reilly-Dreas
Attorneys for Defendants
California Forensic Medical Group, Inc., Monivirin Son, and Tracee Bowlin

Dated: October 23, 2026

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER, APC

By: */s/ Robert Schwartz*
Robert Schwartz
Attorney For Plaintiff Alvina Nava

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: October 23, 2026

*/s/ Aram E. Afsharian*
Aram E. Afsharian

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

# **CERTIFICATE OF SERVICE**

***Alvina Nava v. County of Calaveras, et al.***
**2:25-CV-03613-JAM-SCR**

I hereby certify that on this 23rd day of October, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF eCourts filing system, which will send copies to all counsel of record.

By: */s/ Aram E. Afsharian*
Aram E. Afsharian

KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
ARAM E. AFSHARIAN (SBN: 283692)
aafsharian@grsm.com
MEGAN REILLY-DREAS (PRO HAC VICE)
mreilly-dreas@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (919) 741-5840

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MONIVIRIN SON, AND TRACEE BOWLIN

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA NAVA,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF CALAVERAS, WELLPATH LLC, MONIVIRIN SON, TRACEE BOWLIN, and DOES 1-10, inclusive,<br><br>Defendants. | 2:25-CV-03613-JAM-SCR<br><br>**ORDER GRANTING STIPULATION PERMITTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND EXTENDING DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., DR. MONIVIRIN SON, AND TRACEE BOWLIN'S TIME TO RESPOND** |

GOOD CAUSE APPEARING THEREFORE, and the Parties have stipulated to the same, the Parties' Stipulation Permitting Plaintiff to File A Third Amended Complaint and Extending Defendants California Forensic Medical Group, Inc., Monivirin Son, and Tracee Bowlin's Time to Respond is APPROVED.

IT IS HEREBY ORDERED that Plaintiff Alvina Nava is permitted to file the Third Amended Complaint adding Xavier Nava as a plaintiff on or before **October 30, 2026,** and

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Defendants California Forensic Medical Group, Inc., Monivirin Son, and Tracee Bowlin's deadline to file an answer or otherwise respond to Plaintiff's Third Amended Complaint is extended to and through **November 13, 2026**.

Dated: November 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE